UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENNIO FARDONE,

        Plaintiff,        CIVIL ACTION NO. 06-12044

v.        HONORABLE AVERN COHN

DETROIT SPECTRUM PAINTERS,
INC.,

        Defendant (s).
_____/

## ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

In accordance with the stipulation of the parties and the Court being otherwise fully advised of the premises;

IT IS HEREBY ORDERED that the case is dismissed with prejudice and without costs to either party.

SO ORDERED.

Dated: August 8, 2006        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE